1  Ronald Wilcox, State Bar No. 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@post.harvard.edu

5
   Joseph Mauro (Admitted Pro Hac Vice)
6  LAW OFFICE OF JOSEPH MAURO, LLC
   306 McCall Avenue
7  West Islip, NY 11795
   Tel:  (631) 669-0921
8  Fax: (631) 669-5071
   Email: joemauroesq@hotmail.com
9
   **Attorneys for Plaintiffs**
10
                    **UNITED STATES DISTRICT COURT**
11                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
                         **SACRAMENTO DIVISION**
12

| | |
|---|---|
| PATRICK AYMAR,<br>          Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>          Defendants.<br>_____ | Case No.: CV07-02561 LEW GGH<br>Case No.: CV07-02771 LEW GGH<br>Case No.: CV07-02798 LEW GGH<br>Case No.: CV07-02799 LEW GGH |
| KEVIN ROSE, MELINDA ROSE,<br>          Plaintiffs,<br>vs.<br>PAUL STASSINOS, et al.,<br>          Defendants.<br>_____ | Stipulation to Continue April 24, 2008 Status Conference to May 30, 2008 and Order |
| IAN CHAMBERS,<br>          Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>          Defendants.<br>_____ | |
| SHERELLE MELTON,<br>          Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br><br>          Defendants. | |

Stipulation to Continue April 24, 2008 Status Conference to May 13, 2008 and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

1  A Status Conference was set in the above-mentioned matters for April 18, 2008. The
2  Court continued the Status Conference to April 24, 2008. Due to a scheduling conflict the parties
3  respectfully request the Status Conference be continued to 10:00 a.m., May 30, 2008.

Dated: 4/11/08                                   /s/Ronald Wilcox
                                                 Ronald Wilcox
                                                 Attorney for Plaintiffs

Dated: 4/11/08
                                                 /s/Darrell Spence
                                                 Darrell Spence
                                                 Attorney for Defendant Paul R. Stassinos

Dated: 4/11/08                                   /s/Candice M. Pagliero
                                                 Candice M. Pagliero
                                                 Attorney for Defendants Legal Recovery
                                                 Services, Inc. and Alan Mecham, Alex
                                                 Davido and Donna Fingold

## Order

The April 24, 2008 Status Conference is hereby continued to 10:00 a.m., May 30, 2008.

**IT IS SO ORDERED.**

**April 14, 2008**


/s/ Ronald S. W. Lew
HON. RONALD S. W. LEW
U.S. DISTRICT JUDGE

**Stipulation to Continue April 24, 2008 Status Conference to May 13, 2008 and [Proposed] Order**

PDF created with pdfFactory trial version www.pdffactory.com