```
 1  Ronald Wilcox, State Bar No. 176601
    LAW OFFICE OF RONALD WILCOX
 2  2160 The Alameda, 1st Flr., Suite F
    San Jose, CA 95126
 3  Tel: (408) 296-0400
    Fax: (408) 296-0486
 4  Email: ronaldwilcox@post.harvard.edu

 5
    Joseph Mauro (Admitted Pro Hac Vice)
 6  LAW OFFICE OF JOSEPH MAURO, LLC
    306 McCall Avenue
 7  West Islip, NY 11795
    Tel: (631) 669-0921
 8  Fax: (631) 669-5071
    Email: joemauroesq@hotmail.com
 9
    Robert Brennan, Bar# 132449
10  Brennan Wiener and Associates
    3150 Montrose Ave.
11  La Crescenta, CA 91214
    Tel: (818) 249-5291
12  Fax: (818) 249-4329

13  Attorneys for Plaintiffs
```

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK AYMAR,<br>    Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>    Defendants. | Case No.: CV07-02561 JAM GGH<br>Case No.: CV07-02798 JAM GGH<br>Case No.: CV07-02799 JAM GGH |
| IAN CHAMBERS,<br>    Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>    Defendants. | **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO CONSOLIDATE HEARING AND [PROPOSED] ORDER**<br><br>Date: July 1, 2009<br>Time: 9:00 a.m. |
| SHERELLE MELTON,<br>    Plaintiff,<br>vs.<br>PAUL STASSINOS, et al.,<br>    Defendants. | Location: U.S. DISTRICT COURT<br>501 I Street, Courtroom #6, 14th Flr<br>Sacramento, CA 95814<br><br>HON. JOHN A. MENDEZ |

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO
CONSOLIDATE HEARING AND [PROPOSED] ORDER - Page 1

1  Plaintiffs' counsel's office is located in San Jose, CA. Furthermore, in order to reduce
2  costs and fees Plaintiffs' counsel respectfully requests to be allowed to appear at the Motion to
3  Consolidate hearing scheduled for July 1, 2009, via telephone (408-296-0477). Defendants have
4  not filed an opposition to the Motion to Consolidate.

DATED: 6/23/09

_____
Ronald Wilcox, Attorney for Plaintiff

## [PROPOSED] ORDER

Plaintiffs' Request for Telephonic Appearance at the July 1, 2009 Motion to Consolidate hearing is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 6/25/09

_____
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE